**United States District Court**
For the Northern District of California

1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   DELIA PEDROZA,                       No.  CV 14-00655 EDL

9        Plaintiff,                **ORDER**

10    v.

11   LAW OFFICES OF LES ZIEVE,

12        Defendant.

13   _____/

14   GOOD CAUSE APPEARING THEREFOR,

15       IT IS ORDERED that this case is reassigned to the **Honorable Charles R. Breyer** in the

16 **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17 bear the **initials CRB** immediately after the case number. All dates presently scheduled are vacated

18 and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19 Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20 Matters for which a magistrate judge has already issued a report and recommendation shall not be

21 rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22 accordance with Fed. R. Civ. P. 72(b).

23

24                          FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  March 4, 2014                    _Richard W. Wieking_

27                               Richard W. Wieking
                                   Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.