**United States District Court**
For the Northern District of California

1
2
3
4
5                 IN THE UNITED STATES DISTRICT COURT
6         FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   DELIA PEDROZA,                       No.  CV 14-00655 CRB
9         Plaintiff,                  **ORDER**
10    v.
11   LAW OFFICES OF LES ZIEVE,
12         Defendant.
13
14   GOOD CAUSE APPEARING THEREFOR,

15      IT IS ORDERED that this case is reassigned to the **Honorable William H. Orrick** in the

16 **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17 bear the **initials San Francisco** immediately after the case number. All dates presently scheduled are

18 vacated and motions should be renoticed for hearing before the judge to whom the case has been

19 reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil

20 L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation

21 shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

22 proceed in accordance with Fed. R. Civ. P. 72(b).

23

24                         FOR THE EXECUTIVE COMMITTEE:

25

26 Dated:  March 11, 2014

27                         Richard W. Wieking
                              Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.