United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELIA PEDROZA,

          Plaintiff,

    v.

LAW OFFICES OF LES ZIEVE, et al.,

          Defendants.

Case No. 14-cv-00655-WHO

**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 14

On April 18, 2014, the Court granted plaintiff's request to proceed in forma pauperis and dismissed the complaint for failure to state a claim. Plaintiff was given 60 days to file an amended complaint. Docket No. 12.

On June 27, 2014, plaintiff filed a request for additional time to file the amended complaint. Docket No. 14.

Plaintiff's request is GRANTED. Plaintiff must file an amended complaint by **August 6, 2014**. Failure to file the amended complaint by **August 6, 2014** may result is dismissal of this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: July 8, 2014

_____
WILLIAM H. ORRICK
United States District Judge