UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA PEDROZA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAW OFFICES OF LES ZIEVE, et al.,<br><br>    Defendants. | Case No. 14-cv-00655-WHO<br><br>**ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE** |

On April 18, 2014, I granted *pro se* plaintiff's request to proceed *in forma pauperis* and dismissed the complaint for failure to state a claim. Dkt. No. 12. Plaintiff was given 60 days to file an amended complaint. *Id*. On July 8, 2014, I granted plaintiff's request for additional time to file the amended complaint and awarded plaintiff until August 6, 2014 to file an amended complaint. Dkt. No. 15. My order stated that "[f]ailure to file the amended complaint by August 6, 2014 may result is dismissal of this case for failure to prosecute under Federal Rule of Civil Procedure 41(b)." *Id*.

Plaintiff has not filed an amended complaint. On August 11, 2014, my July 8, 2014 order sent to plaintiff was returned as undeliverable. Plaintiff has not advised the Court of any change of address.

Plaintiff's complaint is dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). The case management conference set for August 19, 2014 is VACATED.

**IT IS SO ORDERED**.

Dated: August 15, 2014

_____
WILLIAM H. ORRICK
United States District Judge